**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JASON T. WHARTON,**

      **Plaintiff,**

**v.**                                     **Case No. 3:25-cv-2625-AW-HTC**

**J. MARTIN, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 15) and incorporate it into this order. I have considered de novo the issues raised in Plaintiff's objections (ECF No. 17).

The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) for failure to state a claim." The clerk will then close the file.

SO ORDERED on March 16, 2026.

                                 s/ *Allen Winsor*_____
                                 Chief United States District Judge